UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | Donald D. Chambers, Sr. | ) Case No. 12-13476 |
| | Jimae T. Chambers | ) Chapter 13 Proceedings |
| | Debtors | ) Judge Jessica E. Price Smith |

## NOTICE OF PLAN MODIFICATION
## PURSUANT TO ADMINISTRATIVE ORDER 09-02

On May 7, 2012, the debtors filed a petition under Chapter 13 of Title 11, U.S.C. The case and the plan of reorganization in said case are thus governed by the terms and definitions of Administrative Order 09-02.

On April 30, 2013, Citimortgage, Inc., a Real Property Creditor in the above-captioned case, filed a notice with this Court indicating that the Conduit Payment would be increasing to $1,349.00 beginning with the June 2013 payment.

No party in interest filed an objection to the proposed increase, and the period during which such an objection would be considered timely has passed.

The Plan is thus hereby MODIFIED to increase the plan payment to $2,372.67 beginning with the June 2013 payment, pursuant to Paragraph IX of Administrative Order 09-02.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on May 28, 2013, a true and correct copy of this Notice of Plan Modification was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Guy E. Tweed, II, on behalf of Donald D. Chambers, Sr. & Jimae T. Chambers, Debtors at tweedlaw@ameritech.net

And by regular U.S. mail, postage prepaid, on:

Donald D. Chambers, Sr. & Jimae T. Chambers, Debtors, 5700 Chatham Drive, Seven Hills, OH 44131

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806

CS/rlc
05/28/2013