OFFICE OF THE CHAPTER 13 TRUSTEE
CRAIG SHOPNECK, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Craig Shopneck, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Craig Shopneck
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period June 01, 2015 through May 31, 2016

Case No: 12-13476-jps

Filed: May 07, 2012

Debtor: DONALD CHAMBERS SR
5700 CHATHAM DR

SEVEN HILLS, OH  44131

Joint Debtor: JIMAE CHAMBERS
5700 CHATHAM DR

SEVEN HILLS, OH  44131

Attorney: GUY E TWEED II
(216) 447-1986

Required Plan Payment:   $2,578.77 MONTHLY

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---|---|
| Plan Payments Received: | | 115,894.65 |
| Disbursements: | | |
|    Principal | 108,221.44 | |
|    Interest | 384.23 | |
|    Attorney Fee | 2,331.00 | |
|    Trustee Fee | 4,932.01 | |
| | | 115,868.68 |
| Funds on Hand: | | 25.97 |
| | | 115,894.65 |

CASE NO: 12-13476-jps  
DEBTOR: DONALD D CHAMBERS SR  JOINT DEBTOR: JIMAE T CHAMBERS

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| May 29, 2015 | 1,144.97 | Jun 12, 2015 | 1,144.97 | Jun 25, 2015 | 1,144.97 | Jul 10, 2015 | 1,144.97 | Jul 24, 2015 | 1,190.20 |
| Aug 06, 2015 | 1,190.20 | Aug 19, 2015 | 1,190.20 | Sep 03, 2015 | 1,190.20 | Sep 18, 2015 | 1,190.20 | Oct 01, 2015 | 1,190.20 |
| Oct 15, 2015 | 1,190.20 | Oct 30, 2015 | 1,190.20 | Nov 12, 2015 | 1,190.20 | Nov 23, 2015 | 1,190.20 | Dec 08, 2015 | 1,190.20 |
| Dec 21, 2015 | 1,190.20 | Jan 19, 2016 | 1,190.20 | Feb 05, 2016 | 1,190.20 | Feb 16, 2016 | 1,190.20 | Mar 15, 2016 | 1,190.20 |
| Mar 30, 2016 | 1,190.20 | Apr 12, 2016 | 1,190.20 | Apr 26, 2016 | 1,190.20 | May 10, 2016 | 1,190.20 | May 25, 2016 | 1,190.20 |
| May 25, 2016 | 1,190.20 | | | | | | | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | QUANTUM3 GROUP LLC | 0011 | Unsecured | 43.69 | .00 |
| 002 | QUANTUM3 GROUP LLC | 0010 | Unsecured | 48.89 | .00 |
| 003 | QUANTUM3 GROUP LLC | 0002 | Unsecured | .00 | .00 |
| 004 | ADVANTAGE ASSETS II INC | 8488 | Unsecured | 320.00 | .00 |
| 005 | ADVANTAGE ASSETS II INC | 7056 | Unsecured | 109.94 | .00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES LLC | 2099 | Unsecured | 129.18 | .00 |
| 007 | QUANTUM3 GROUP LLC | 3548 | Unsecured | 10.79 | .00 |
| 008 | CAPITAL ONE BANK USA NA | 0960 | Unsecured | 299.12 | .00 |
| 009 | CAPITAL ONE BANK USA NA | 1166 | Unsecured | 254.23 | .00 |
| 010 | CAPITAL ONE BANK USA NA | 2857 | Unsecured | 362.03 | .00 |
| 011 | HARLEY DAVIDSON CREDIT CORP | 5073 | Secured | .00 | .00 |
| 011A | HARLEY DAVIDSON CREDIT CORP | 5073 | Unsecured | .00 | .00 |
| 012 | BAYVIEW LOAN SERVICING LLC | ####OING | Secured | 17,424.69 | .00 |
| 012A | BAYVIEW LOAN SERVICING LLC | ####RAGE | Secured | .00 | .00 |
| 012NA | CITIMORTGAGE INC | | Unsecured | .00 | .00 |
| 012NA1 | LAURITO & LAURITO LLC | | Unsecured | .00 | .00 |
| 012NA2 | EDWARD H CAHILL | | Unsecured | .00 | .00 |
| 013 | EDUCATIONAL CREDIT MANAGEMENT CORP | 2487 | Unsecured | 10,287.14 | .00 |
| 014 | DEPARTMENT OF THE TREASURY - IRS | 2487 | Priority | .00 | .00 |
| 014A | DEPARTMENT OF THE TREASURY - IRS | 2487 | Unsecured | .00 | .00 |
| 799 | GUY E TWEED II | | Attorney Fees | .00 | .00 |
| | CITIBANK/SEARS | | Unsecured | .00 | .00 |
| | MIDLAND CREDIT MANAGEMENT INC | 4362 | Unsecured | .00 | .00 |
| | WELTMAN WEINBERG & REIS CO LPA | | Unsecured | .00 | .00 |
| | NCO FINANCIAL SYSTEMS | 6857 | Unsecured | .00 | .00 |
| | PARMA COMM GENERAL HOSP | | Unsecured | .00 | .00 |
| | GREAT LAKES HIGHER EDUCATION CORP | 8888 | Unsecured | .00 | .00 |

**DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD**

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | LOWES   MBGA | | Unsecured | .00 | .00 |
| | SHELL/CITI | 5753 | Unsecured | .00 | .00 |
| | FIRST FEDERAL CREDIT CONTROL | 7977 | Unsecured | .00 | .00 |
| | PARMA MUNICIPAL COURT | 4679 | Unsecured | .00 | .00 |
| | GECRB/HH GREGG | 7869 | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 29,026.98 | .00 |