# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re:   Donald D Chambers Sr | ) Case No. 12-13476-jps |
|            Jimae T Chambers | ) Chapter 13 Proceedings |
|                     Debtors | ) Judge Jessica E. Price Smith |

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

CRAIG SHOPNECK, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

| Claim Information |
|---|
| Creditor: Specialized Loan Servicing Llc |
| Proof of Claim number on Bankruptcy Court's registry:   **12** |
| Last 4 digits of number used to identify Debtor's account:   **4835** |
| **Trustee Payment Information** |
| Prepetition Mortgage Arrearage |
|    Amount Stated in Proof of Claim:       $7,519.90 |
|    Amount Paid by Trustee:                       $7,519.90 |
| Ongoing Mortgage Payments |
|  _X_  Paid by the Trustee through the bankruptcy plan |
|     i.  Total paid to date by the Trustee: $82,818.23 |
|     ii. Last mortgage payment was mailed by the Trustee on June 8, 2017 |
|          in the amount of $2,942.64 for the payment due May 1, 2017 |
|  ___ Paid direct by the Debtor |

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268        Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2017, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Guy E. Tweed, II, on behalf of Donald D Chambers Sr & Jimae T Chambers, Debtors, at tweedlaw@ameritech.net

And by regular U.S. mail, postage prepaid, on:

    Donald D Chambers Sr & Jimae T Chambers, Debtors, at 5700 Chatham Dr, Seven Hills, Oh 44131

    Specialized Loan Servicing Llc, at P O Box 636007, Littleton, CO 80163

    Specialized Loan Servicing Llc, at 8742 Lucent Blvd, Ste 300, Littleton, CO 80129

    Edward H. Cahill, Manley Deas Kochalski LLC, P O Box 165028, Columbus, OH 43216-5028

    /S/ Craig Shopneck
    CRAIG SHOPNECK (#0009552)
    Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone (216) 621-4268    Fax (216) 621-4806
    Ch13shopneck@ch13cleve.com

CS/ljb
06/14/17